UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

JAMES J. CERBONE, ESQUIRE-4036
2430 HIGHWAY 34
BUILDING B SUITE 22
WALL, NEW JERSEY 08736
(732) 681-6800
Attorney for debtor

**Order Filed on November 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
JAMES & JANE MORRIS

Case No.: 16-33988

Chapter: 13

Judge: Michael B. Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 18, 2019**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ James J. Cerbone _____, the applicant, is allowed a fee of $ _____ 500.00 _____ for services rendered and expenses in the amount of $_____ for a total of $_____ 500.00 _____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ 438.00 _____ per month for _____ 13 _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-33988-MBK
James Morris                                                            Chapter 13
Jane Morris
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1           Date Rcvd: Nov 18, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2019.
db/jdb         +James Morris,   Jane Morris,   110 Courtland Avenue,   Aberdeen, NJ 07747-2214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    SANTANDER BANK, N.A. NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Francesca Ann Arcure    on behalf of Creditor    Selene Finance, LP as servicer for MTGLQ Investors,
               L.P. NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for MTGLQ
               Investors, L.P. NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com
              Francesca Ann Arcure    on behalf of Creditor    Selene Finance, LP NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              James J. Cerbone    on behalf of Joint Debtor Jane  Morris cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              James J. Cerbone    on behalf of Debtor James  Morris cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    Mill City Mortgage Loan Trust 2018-4, Wilmington
               Savings Fund Society, FSB, as Trustee kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor    Selene Finance, LP as servicer for MTGLQ Investors,
               L.P. NJ_ECF_Notices@mccalla.com
              Melissa N. Licker    on behalf of Creditor    MTGLQ Investors, L.P. NJ_ECF_Notices@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    Mill City Mortgage Loan Trust 2018-4, Wilmington
               Savings Fund Society, FSB, as Trustee phillip.raymond@mccalla.com
              Sindi   Mncina    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR CVI
               CGS MORTGAGE LOAN TRUST I smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13