| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | James Morris | Social Security number or ITIN  xxx–xx–7920 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Jane Morris | Social Security number or ITIN  xxx–xx–0621 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   16–33988–MBK | | |

# Order of Discharge                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    James Morris                                                                           Jane Morris

    <u>12/27/21</u>                                                              **By the court:** <u>Michael B. Kaplan</u>
                                                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-33988-MBK |
| James Morris | Chapter 13 |
| Jane Morris | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 27, 2021 | Form ID: 3180W | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Morris, Jane Morris, 110 Courtland Avenue, Aberdeen, NJ 07747-2214 |
| cr | + | Nationstar Mortgage LLC, as servicer for MTGLQ Inv, P. O. Box 9013, Addison, TX 75001-9013 |
| cr | + | Selene Finance, LP, P. O. Box 9013, Addison, TX 75001-9013 |
| cr | + | Selene Finance, LP as servicer for MTGLQ Investors, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 516553290 | ++ | ALLIED DIGESTIVE HEALTH LLC, MONMOUTH PARK CORPORATE CENTER I, 187 ROUTE 36 SUITE 230, WEST LONG BRANCH NJ 07764-1306 address filed with court:, Allied Digestive Health, 60 Highway 36, Suite B, West Long Branch, NJ 07764-1463 |
| 516553293 | | CareCentrix, PO box 7780, London, KY 40742-7780 |
| 516553297 | | Emer Phy Assoc North Jersey PC, 3585 Ridge Park Drive, Akron, OH 44333-8203 |
| 516553298 | + | Jersey Shore OP-Meridian Healthsystems, Attn: Certified Credit & Collection Bur, PO Box 336, Raritan, NJ 08869-0336 |
| 516553299 | | Medical Payment Data, Attn: Senex Services Corp, 333 Founds Road, Indianapolis, IN 46268 |
| 516553300 | + | Medical Payment Data, Attn; A-1 Collection Services, 101 Grovers Mill Road, Lawrence Township, NJ 08648-4706 |
| 516553301 | + | Medical Payment Data, Attn: Financial Recoveries, 200 E Park Drive Ste 100, Mount Laurel, NJ 08054-1297 |
| 516553302 | | Memorial Sloan Kettering Cancer Center, Physician Billing Department, PO Box 26352, New York, NY 10087-6352 |
| 516553303 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067 |
| 516553304 | | Overlook Medical Center, PO Box 35611, Newark, NJ 07193-5611 |
| 516553305 | | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 516553306 | #+ | Peter N Fish, Zwicker & Associates, 1105 Laurel Oak Road Ste 136, Voorhees, NJ 08043-4312 |
| 516814963 | | Santander Bank, N.A., PO Box 847051, Boston, MA 02284-7051 |
| 516553307 | | Santander Consumer USA, PO Box 6660633, Dallas, TX 75266-0633 |
| 516553309 | | Summit Medical Group, Attn: 8549X, PO Box 14000, Belfast, ME 04915-4033 |
| 516553310 | | Summit Radiological Assoc, dba Westfield Imaging Center, PO Box 460, Summit, NJ 07902-0460 |
| 517688478 | | U.S. Bank Trust National Association, as Trustee, for CVI CGS Mortgage Loan Trust I, C/O Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 27 2021 21:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 27 2021 21:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516553291 | + | EDI: RMCB.COM | Dec 28 2021 02:58:00 | AMCA, 4 Westchester Place Suite 110, Elmsford, NY 10523-1615 |
| 516553289 | + | Email/Text: mreed@affcollections.com | Dec 27 2021 21:57:40 | Accurate Collection Services, 17 Prsopect Street, Morristown, NJ 07960-6862 |
| 516553292 | | EDI: AMEREXPR.COM | Dec 28 2021 02:58:00 | American Express, PO Box 1270, Newark, NJ |

Case 16-33988-MBK    Doc 80    Filed 12/29/21    Entered 12/30/21 00:11:24    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: 3180W | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 07101-1270 |
| 516716141 | | EDI: BECKLEE.COM | Dec 28 2021 02:58:00 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516762685 | | EDI: AIS.COM | Dec 28 2021 03:03:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516553295 | + | EDI: CITICORP.COM | Dec 28 2021 02:58:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516553296 | + | EDI: CITICORP.COM | Dec 28 2021 02:58:00 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 516745690 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2021 22:06:34 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516819113 | + | Email/Text: bkteam@selenefinance.com | Dec 27 2021 21:56:00 | MTGLQ Investors, L.P., c/o Selene Finance LP, 9990 Richmond Avenue Suite 100 North, Houston, Texas 77042-4559 |
| 516818246 | | EDI: PRA.COM | Dec 28 2021 02:58:00 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 516553308 | + | Email/Text: clientservices@simonsagency.com | Dec 27 2021 21:57:00 | Simons Agency, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 516654791 | + | EDI: RMSC.COM | Dec 28 2021 02:58:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516553294 | * | CareCentrix, PO box 7780, London, KY 40742-7780 |
| 517688479 | * | U.S. Bank Trust National Association, as Trustee, for CVI CGS Mortgage Loan Trust I, C/O Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |

Case 16-33988-MBK    Doc 80    Filed 12/29/21    Entered 12/30/21 00:11:24    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: 3180W | Total Noticed: 35 |

| | |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor SANTANDER BANK  N.A. NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Francesca Ann Arcure | on behalf of Creditor Selene Finance  LP farcure@hillwallack.com, NJ_ECF_Notices@McCalla.com |
| Francesca Ann Arcure | on behalf of Creditor Selene Finance  LP as servicer for MTGLQ Investors, L.P. farcure@hillwallack.com, NJ_ECF_Notices@McCalla.com |
| Francesca Ann Arcure | on behalf of Creditor Nationstar Mortgage LLC  as servicer for MTGLQ Investors, L.P. farcure@hillwallack.com, NJ_ECF_Notices@McCalla.com |
| James J. Cerbone | on behalf of Debtor James Morris cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | on behalf of Joint Debtor Jane Morris cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| Kevin Gordon McDonald | on behalf of Creditor Mill City Mortgage Loan Trust 2018-4  Wilmington Savings Fund Society, FSB, as Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Melissa N. Licker | on behalf of Creditor MTGLQ Investors  L.P. mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor Selene Finance  LP as servicer for MTGLQ Investors, L.P. mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Mill City Mortgage Loan Trust 2018-4  Wilmington Savings Fund Society, FSB, as Trustee phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Sindi Mncina | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  AS TRUSTEE FOR CVI CGS MORTGAGE LOAN TRUST I smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13